379 A.2d 622

Lippincott & Redfield, Inc. v. General Investment and Development Co., Inc., Appellant.

Submitted June 13, 1977. A. Jay Molluso, and Techner, Rubin, Shapiro, Silverstein & Slass, for appellant; William A. Gross, for appellee.

Order affirmed.

379 A.2d 623

Morder Appeal.

Submitted March 21, 1977. Marlin D. Schreffler, for appellant; Charles B. Swigart, for appellee.

Order affirmed.

PRICE, J., dissents.